| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cinemex USA Real Estate Holdings, Inc. and Cinemex Holdings USA, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BBVA BANCOMER, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO BBVA BANCOMER<br>PASEO DE LA REFORMA 510, PISO 16<br>COL. JUÁREZ CUAUHTÉMOC 06600<br>CIUDAD DE MÉXICO<br>MÉXICO | Concepcion Zuñiga / Emmanuel Esquivel<br>Phone: +52 55 5201 2063<br>E-mail: monitoring_group.mx@bbva.com / agency_syndicated.mx@bbva.com | Unsecured Loan | Unknown | | | $9,000,000.00 |
| HSBC MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO HSBC<br>PASEO DE LA REFORMA 347<br>COL. JUÁREZ CUAUHTÉMOC 06500<br>CIUDAD DE MÉXICO<br>MÉXICO | Adrian Morales / Cinthia Ochoa / Jesus Contreras<br>Phone: +52 55 5721 6416 / +52 55 5721 6085 / +52 55 5721 3784<br>E-mail: Adrian.morales@hsbc.com.mx / Cinthia.ochoa@hsbc.com.mx / Jesus.contrerasl@hsbc.com.mx / | Unsecured Loan | Unknown | | | $9,000,000.00 |
| SCOTIABANK INVERLAT, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO SCOTIABANK INVERLAT<br>LORENZO BOTURINI 202<br>COL. TRÁNSITO, DEL. CUAUHTÉMOC, 06820<br>CIUDAD DE MÉXICO<br>MEXICO | Arturo Muñoz Rodriguez / Fernando Lamas / Alfredo Vazquez<br>Phone: +52 55 5123 2854 / +52 55 5123 2821 / +52 55 5123 2822<br>E-mail: arturo.munoz.rod@scotiabank.com / fernando.lamas@scotiabank.com / alfredo.vazquez@scotiabank.com | Unsecured Loan | Unknown | | | $9,000,000.00 |
| SABCAPITAL, S.A. DE C.V., SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD REGULADA MIGUEL DE CERVANTES SAAVEDRA | 55 5262 3200 Ext 12971<br>E-mail: ControlCreditosSindicados_SC@sabcapital.mx | Unsecured Loan | Unknown | | | $9,000,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 193 PISO 15. COLONIA GRANADA, MIGUEL HIDALGO 11520. CIUDAD DE MEXICO | / MORALESMAR@bancosabadell.mx / OROZCOJ@bancosabadell.mx | | | | | |
| BANCO SANTANDER (MÉXICO) S.A., INSTITUCIÓN DE BANCA MÚLTIPLE GRUPO FINANCIERO SANTANDER MÉXICO<br>PROLONGACIÓN PASEO DE LA REFORMA 500 PISO 1, MÓDULO 109<br>LOMAS DE SANTA FE, ALVARO OBREGON<br>01219<br>CIUDAD DE MEXICO<br>MEXICO | Miguel Angel Aguilar Uribe / Jose Manuel Garcia Bernat / Laura Perdomo Phone: +52 55 5269 1821 / +52 55 5257 8000 Ext. 46148 / +52 55 5257 8000 Ext. 40247 E-mail: maaguilar@santander.com.mx / jmgarciabe@santander.com.mx / lperdomo@santander.com.mx | Unsecured Loan | Unknown | | | $9,000,000.00 |
| ENTERTAINMENT SUPPLY & TECHNOLOGIES, LLC<br>NORTHDALE EXECUTIVE CENTER 3820 NORTHDALE BLVD #308-B, TAMPA  fl ,33624 | Unknown | Goods and/or Services | Unknown | | | $4,470,456.56 |
| VCC, LCC<br>216 LOUISIANA STREET,LITTLE ROCK,AR 72201 | Unknown | Goods and/or Services | Unknown | | | $3,448,639.73 |
| TWIN SHORES MANAGEMENT, LLC<br>1039 STATE STREET,  SUITE 203 , BETTENDORF , IA 52722 | Unknown | Commercial Lease | Unknown | | | $2,565,876.80 |
| PHOENIX DIVERSIFIED GROUP, INC.<br>4 EDISON PLACE, FAIRFIELD, NJ 07004-3507 | Unknown | Commercial Lease | Unknown | | | $2,518,965.04 |
| PROCTOR COMPANIES<br>10497 CENTENNIAL ROAD, LITTLETON, CO 80127 | Unknown | Goods and/or Services | Unknown | | | $1,158,083.62 |
| UNIVERSAL FILM EXCHANGES<br>P.O. BOX 848270, DALLAS, TEXAS 755284 | Unknown | Goods and/or Services | Unknown | | | $1,082,067.56 |
| SERVIUNO, S.A. DE C.V.<br>AV. JAVIER BARROS SIERRA 540, TORRE 1, PISO 2, COL. SANTA FE CUAJIMALPA DE MORELOS, CIUDAD DE MÉXICO, C.P. 01210 | Unknown | Goods and/or Services | Unknown | | | $945,868.90 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CREATIVE REALITIES, INC. 13100 MAGISTERIAL DRIVE SUITE 100, LOUISVILLE, KY 40223 | Unknown | Goods and/or Services | Unknown | | | $638,622.21 |
| SONY PICTURES RELEASING 25 MADISON AVENUE 24TH FLOOR, NEW YORK, NY 10010 | Unknown | Goods and/or Services | Unknown | | | $570,313.00 |
| BUENA VISTA PICTURES DISTRIBUTION P.O. BOX 732554, DALLAS, TX 75373 | Sandy Moruzzi Tel: (818) 840-1940 Email: sandy.moruzzi@disney.com | Goods and/or Services | Unknown | | | $544,976.14 |
| NCR CORPORATION P.O. BOX 198755, ATLANTA, GA 30384-8755 | Unknown | Goods and/or Services | Unknown | | | $335,899.72 |
| PARAMOUNT THEATRICAL DISTRIBUTION PO BOX 748774, LOS ANGELES CA, 90074-8774 | Unknown | Goods and/or Services | Unknown | | | $335,286.97 |
| CDITECH 250 STEPHENSON HIGHWAY ,TRY, MI 48083 | Unknown | Goods and/or Services | Unknown | | | $275,183.93 |
| ACS ENTERPRISES P.O. BOX 810, WALNUT , CA 91788-0810 | Unknown | Goods and/or Services | Unknown | | | $272,704.56 |
| WARNER BROTHERS DISTRIBUTING, INC. P.O. BOX 936193, ATLANTA , GA 31193-6193 | Unknown | Goods and/or Services | Unknown | | | $247,445.22 |
| MISHORIM GOLD PROPERTIES, LP 150 WEST MAIN ST, STE 1100, NORFOLK, VA 23510 / 9378 ARLINGTON EXPRESSWAY, SUITE 319, JACKSONVILLE, FL, 32225 | Mark Gold 702-528-3051 Mark@mgoldgroup.com | Commercial Lease | Unknown | | | $240,643.05 |
| LIBERTY CENTER LLC L-3745, COLUMBUS OH, 43260-3745 / 7630 LIBERTY WAY LIBERTY TOWNSHIP, OH 45069 | Rodney Maggard (513)713-7464 RMAGGARD@STEINER.COM | Commercial Lease | Unknown | | | $227,607.14 |
| DOLPHIN MALL ASSOCIATES LLC 11401 NW 12TH STREET MIAMI, FL 33172 | Barbara Kreuser (305)437-9922 | Commercial Lease | Unknown | | | $221,236.61 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SONY<br>P.O. BOX 840550, DALLAS TX, 75284-0550 | Robin Kittrell<br>Tel: (310) 244-8770<br>Email: Robin_Kittrell@spe.sony.com | Goods and/or Services | Unknown | | | $213,092.38 |
| ISTAR, INC.<br>P.O. BOX 10745, NEWARK, NJ 07193-0745<br>1114 AVENUE OF THE AMERICAS 39TH FLOOR<br>NEW YORK NY 10036 | Tel: (212) 930-9400 | Goods and/or Services | Unknown | | | $203,489.36 |
| SHOPCORE PROPERTIES, LP<br>P.O. BOX 27324, SAN DIEGO, CA 92198-1324 | Unknown | Commercial Lease | Unknown | | | $202,376.66 |
| COUNTRYSIDE MALL, LLC<br>P.O. BOX 50184, LOS ANGELES CA, 90074-0184 /<br>27001 US HIGHWAY 19 ,SUITE 1039 CLEARWATER, FL 33761 | Kevin Gray<br>(813) 249-1605<br>marks@tbacomm.com | Commercial Lease | Unknown | | | $193,300.08 |
| MOAC MALL HOLDINGS, LLC<br>60 EAST BROADWAY,<br>BLOOMINGTON, MN 55425 | Unknown | Commercial Lease | Unknown | | | $186,719.04 |
| PARAMOUNT<br>PO BOX 748774, LOS ANGELES CA, 90074-8774 | Unknown | Goods and/or Services | Unknown | | | $178,647.41 |
| CARLYLE/CYPRESS LEESBURG, LLC<br>P.O. BOX 392639, PITTSBURGH, PA 15251-9298 | Unknown | Commercial Lease | Unknown | | | $174,189.75 |
| IMAX CORPORATION<br>2525 SPEAKMAN DRIVE,<br>MISSISSAUGA, ONTARIO L5K 1B1 (CANADA) | Unknown | Goods and/or Services | Unknown | | | $174,129.76 |