UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                     Chapter 11

CINEMEX USA REAL ESTATE                              Case No. 20-14695-LMI
HOLDINGS, INC., CINEMEX
HOLDINGS USA, INC., and CB                              (Jointly Administered)
THEATER EXPERIENCE LLC,

          Debtors.

_____/

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES, PURSUANT TO BANKRUPTCY RULES 2002 AND 9010

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for Universal Film Exchanges, LLC ("Universal"), and requests that Universal be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses or facsimile numbers:

> Marsha A. Houston
> Christopher O. Rivas
> REED SMITH LLP
> 355 South Grand Avenue, Suite 2900
> Los Angeles, CA  90071-1514
> Telephone: 213.457.8000
> Facsimile:  213.457.8080
> E-mail:  mhouston@reedsmith.com
>          crivas@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Universal's (i) rights to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) rights to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Universal is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 1, 2020          Reed Smith LLP

                                         By:  /s/ Marsha A. Houston
                                              Marsha A. Houston
                                              *(Limited Use ECF Participant)*
                                              355 South Grand Avenue, Suite 2900
                                              Los Angeles, CA  90071-1514

                                              Counsel to Universal Film Exchanges, LLC