## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA (Miami)

| | |
|---|---|
| **In re:** | **Case No. 20-14695-LMI** |
| **Cinemex USA Real Estate Holdings, Inc.,** | **Chapter** 11 |
| **Debtor(s).** | |

## NOTICE OF APPEARANCE

Stephen B. Porterfield of the law firm of Sirote & Permutt, P.C. hereby notifies the Court and all interested parties of his representation of **Cobb Lakeside, LLC and Cobb Theaters III, LLC** in this case and respectfully requests electronic notification of all filings and other notices entered in this case at the following email address: sporterfield@sirote.com.

    /s/ Stephen B. Porterfield
    Stephen B. Porterfield
    **Counsel for Cobb Lakeside, LLC and Cobb Theaters III, LLC**

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5278
Fax: (205) 212-3862
sporterfield@sirote.com

DOCSBHM\2317202\1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2020, I electronically filed the foregoing with the Clerk of Court via the CM/ECF filing system which will provide notice to all interested parties, including the following:

Brett M. Amron, Esq.
Jeffrey P. Bast, Esq.
Jaime Burton Leggett
1 SE 3 Avenue #1400
Miami, FL 33131
bamron@bastamron.com
jabast@bastamron.com
jleggett@bastamron.com

Patricia B. Tomasco
700 Louisiana, Suite 500
Houston, TX 77002
pattytomasco@quinnemanuel.com

U.S. Trustee
Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

                                                  /s/ Stephen B. Porterfield
                                                  OF COUNSEL