UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX USA REAL ESTATE HOLDINGS, INC., CINEMEX HOLDINGS USA, INC., and CB THEATER EXPERIENCE LLC,[1] | Case No. 20-14695-LMI (Jointly Administered) |
| Debtors. _____ / | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
LIBERTY CENTER LLC WITH RESPECT TO DEBTORS' EMERGENCY MOTION
FOR ENTRY OF AN ORDER (I) EXTENDING THE TIME FOR PERFORMANCE OF
OBLIGATIONS ARISING UNDER UNEXPIRED REAL PROPERTY LEASES; (II)
ESTABLISHING CASE ADMINISTRATIVE TEMPORARY PROCEDURES; AND
(III) GRANTING RELATED RELIEF**

Liberty Center LLC ("Liberty"), by its undersigned counsel, submits this Limited Objection and Reservation of Rights with respect to the Debtors' *Emergency Motion for Entry of an Order (i) Extending the Time for Performance of Obligations Arising Under Unexpired Real Property Leases; (ii) Establishing Case Administration Temporary Procedures; and (iii) Granting Related Relief* [ECF No. 92] (the "Motion"). In support of the Limited Objection, Liberty states as follows:

**PRELIMINARY STATEMENT**

Liberty appreciates the difficulties that the COVID-19 pandemic is presenting for the Debtors, but the pandemic is causing severe financial difficulties for commercial landlords as

---

[1] The Debtors in these cases and the last four digits of each Debtor's federal tax identification number are as follows: (1) Cinemex USA Real Estate Holdings, Inc. (2194); (2) Cinemex Holdings USA, Inc. (5502); and (3) CB Theater Experience LLC (0563). The address for the Debtors is 175 South West 7th Street, Suite 1108, Miami, Florida 33130

well. While Liberty disagrees with the arguments made in the Motion, it is willing to consent to the entry of the Amended Order (as defined below) while reserving all its rights, including, but not limited to, its right to request adequate protection, and its right to object to the relief requested by Debtors at paragraphs 27 to 32 of the Motion.

## BACKGROUND

1. On April 25, 2020 and April 26, 2020 (the "Petition Dates") the Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code.

2. On May 12, 2020, the Debtors filed the Motion seeking, in part, to suspend their obligations to landlords that accrue under unexpired leases of non-residential real property, for a period of 60 days from the Petition Dates, through and including June 24, 2020.

3. On May 16, 2020, the Debtors filed an Amended Proposed Order Granting Debtors' Motion [ECF No. 112] (the "Amended Order").

4. Cobb Theaters IV, LLC, a subsidiary of the Debtor Cinemex Holdings USA Inc., and Liberty are parties to a lease dated July 26, 2013 (together with all amendments and agreements regarding that certain lease, the "Lease") for the premises referred to as Space A-200 located at Liberty Center in Liberty Township, Ohio (the "Leased Premises"). The leased premises are located in a shopping center as that term is used in Section 365(b)(3) of the Bankruptcy Code, 11 U.S.C. § 365(b)(3). As of the date of this Objection, the Debtors have not sought to assume or reject the Lease or execute any lease amendment.

5. As of the Petition Date, the Debtors owe Liberty $296,208.27 pursuant to the Lease.

6. In addition, as of May 12, 2020, the Debtors owe Liberty $233,374.80 on account of rent and other charges accrued since the Petition Dates pursuant to the Lease.

## RESERVATION OF RIGHTS

7.      Liberty hereby consents to the entry of the Amended Order while reserving all of its rights under the Lease, the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and applicable non-bankruptcy law, including, but not limited to, its right to supplement this Limited Objection and to make such other and further objections as it may deem necessary or appropriate, including, but not limited to, any further proposed order on the Motion. Liberty further reserves all its rights to request adequate protection under the Lease for the period from and after the Petition Dates, and through such time as the Court may ultimately extend the time for the Debtors' performance under the Lease.

DATED: May 18, 2020

Respectfully submitted,

TROUTMAN SANDERS

By: */s/ Gillian D. Williston*
Gillian D. Williston, Esq. (FL Bar No. 14270)
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: (757) 687-7517
Fax: (757) 687-7510
E-mail: gillian.williston@troutman.com
-and-
*I hereby certify that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated May 18, 2020*

By: */s/ Richard E. Hagerty*
Richard E. Hagerty (VA Bar No. 47673)
(admitted *pro hac vice*)
401 9th Street N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2910
Fax: (703) 448-6520
E-mail: richard.hagerty@troutman.com

*Counsel for Liberty Center LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date a true and correct copy of the foregoing was filed electronically and served via CM/ECF on all parties entitled to electronic notice.

DATED: May 18, 2020

By: */s/ Gillian D. Williston*
Gillian D. Williston, Esq. (FL Bar No. 14270)
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: (757) 687-7517
Fax: (757) 687-7510
E-mail: gillian.williston@troutman.com

-and-

By: */s/ Richard E. Hagerty*
Richard E. Hagerty (VA Bar No. 47673)
(admitted *pro hac vice*)
401 9th Street N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2910
Fax: (703) 448-6520
E-mail: richard.hagerty@troutman.com