UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CHAPTER 11 Cases |
| CINEMEX USA REAL ESTATE HOLDINGS, INC., CINEMEX HOLDINGS USA LLC. and CB THEATER EXPERIENCE LLC. | Case No.: 20-14695-LMI (Jointly Administered) |
| _____Debtors._____ / | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS IN THE CASE OF
CB THEATER EXPERIENCE LLC**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of unsecured creditors in the case of CB Theater Experience LLC:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT was served via e-mail upon the members of the committee as appointed on Exhibit A; electronically through CM/ECF, on parties having appeared electronically in the instant matter; and via e-mail to all parties on the attached service list on this the 22nd day of May, 2020.

NANCY J. GARGULA
United States Trustee
Region 21

By: _____ /s/
Ariel Rodriguez
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130
Tele: (305) 536-7285
Fax: (305) 536-7360

**EXHIBIT A**

*Names and contact information.                              Email addresses

1. Allure Global Solutions, Inc.
   Attn: Will Logan
   13100 Magisterial Drive, #100
   Louisville, KY 40223
   Tele:  502-791-8797                                       will.logan@cri.com

2. Performance Food Group, Inc.
   Attn: Brad Boe
   188 Inverness Drive, #700
   Tele:  303-898-8137
   Fax:   303-662-7540                                       brad.boe@pfgc.com

3. 1029 W. Addison Street Apartments Owner LLC
   Attn: John Bucksbaum
   c/o Bucksbaum Retail Properties
   71 S. Wacker Drive, #2310
   Chicago, IL 60606
   Tele: 312-260-1155                                        john@bucksbaumrp.com

## SERVICE LIST

| | |
|---|---|
| Allure Global Solutions, Inc. | will.logan@cri.com |
| Performance Food Group, Inc. | brad.boe@pfgc.com |
| 1029 W. Addison Street Apartments Owner LLC | john@bucksbaumrp.com |
| Creative Realities, Inc. | will.logan@cri.com |
| USEF HCG Fenton, LLC | nick.garzia@hines.com |
| NWWP LP | jwgeskey@northwoodinvestors.com |
| NCR Corp. | mark.rogers@ncr.com |