UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CINEMEX USA REAL ESTATE ) | |
| HOLDINGS, INC., CINEMEX ) | Case No. 20-14695-LMI |
| HOLDINGS USA, INC., and ) | |
| CB THEATER EXPERIENCE LLC[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Holland & Knight LLP and Ballard Spahr LLP hereby appear in the above-captioned cases as counsel to Federal Realty Investment Trust, Gulfstream Park Racing Association, Inc., PGIM Real Estate and Starwood Retail Partners LLC ("Landlords"). Holland & Knight LLP and Ballard Spahr LLP enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request pursuant to Rules 2002(i), 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

Robert Davis, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone: 407.425.8500
Facsimile: 407.244.5288
Email: robert.davis@hklaw.com

---

[1] The Debtors in these cases and the last four digits of each Debtor's federal tax identification number are as follows: (1) Cinemex USA Real Estate Holdings, Inc. (2194); (2) Cinemex Holdings USA, Inc. (5502); and (3) CB Theater Experience LLC (0563). The address for the Debtors is 175 South West 7th Street, Suite 1108, Miami, Florida 33130.

and

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com

and

Dustin P. Branch, Esquire
Jessica M. Simon, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
simonjm@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that the foregoing attorneys for Holland & Knight LLP and Ballard Spahr LLP consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

2

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance shall not be deemed or construed to be a waiver of rights of Landlords (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which Landlords are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: May 26, 2020

/s/ Robert W. Davis, Jr.
Robert W. Davis, Jr.
Florida Bar No. 84953
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida  32801
Telephone: (407) 244-5176
Facsimile: (407) 244-5288
E-mail: robert.davis@hklaw.com

and

Leslie C. Heilman, Esq. (*pro hac vice* pending)
Laurel D. Roglen, Esq. (*pro hac vice* pending)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
          roglenl@ballardspahr.com

and

Dustin P. Branch, Esq. (*pro hac vice* pending)
Jessica M. Simon, Esq. (*pro hac vice* pending)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com

simonjm@ballardspahr.com

*Counsel for Federal Realty Investment Trust, Gulfstream Park Racing Association, Inc.; PGIM Real Estate and Starwood Retail Partners LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2020, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

By: */s/ Robert W. Davis, Jr.*
Robert W. Davis, Jr., Esq.

#75178742_v1