UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              Chapter 11

CINEMEX USA REAL ESTATE                        Case No. 20-14695-LMI
HOLDINGS, INC., et al.

*Jointly Administered*

       Debtors.
_____/

**NOTICE OF APPEARANCE BY STICHTER, RIEDEL, BLAIN & POSTLER, P.A., FOR PROCTOR EQUIPMENT COMPANY AND REQUEST TO RECEIVE DOCUMENTS AND TO BE ADDED TO MAILING MATRIX**

PLEASE TAKE NOTICE THAT the undersigned law firm and counsel appear for Proctor Equipment Company ("**Proctor**").  Pursuant to Section 1109(b) of the Bankruptcy Code, Stichter, Riedel, Blain & Postler, P.A. ("**SRB&P**"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon:

> Scott A. Stichter
> Stichter, Riedel, Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida  33602
> (813) 229-0144 – Phone
> (813) 229-1811 – Fax
> sstichter@srbp.com

PLEASE TAKE NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, order and notices of any application, motion, petition, pleadings, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, telegraph, telex, electronic mail, or otherwise

that: (1) affects or seeks to affect in any way any right or interest of any creditor or party in interest in this case, including the Debtor with respect to: (a) the debtor; (b) property of the estate or proceeds thereof in which the debtor may claim an interest; or (c) property or proceeds thereof in possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Proctor and/or SRBP.

PLEASE TAKE NOTICE that Proctor intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Proctor's claim of sovereign immunity; (2) Proctor's right to have final orders in non-core matters entered only after de novo review by a district judge; (3) Proctor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) Proctor's right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or; (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Proctor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Proctor expressly reserves.

      /s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
sstichter@srbp.com
(813) 229-0144 – Phone
(813) 229-1811 – Fax
Attorneys for Proctor Equipment Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished by the Court's CM/ECF system or U.S. MAIL on this 27th day of May, 2020 to:

Jeffrey P. Bast, Esquire
Bast Amron, LLP
One Southeast Third Avenue, Suite 1400
SunTrust International Center
Miami, Florida  33131

Office of the U.S. Trustee

All parties receiving electronic notice

                                                       /s/ *Scott A. Stichter*
                                                      Scott A. Stichter

14172.2358937