# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE: CINEMEX USA REAL ESTATE HOLDINGS, INC., CINEMEX HOLDINGS USA, INC. AND CB THEATER EXPERIENCE, LLC | CASE NUMBER: 20-14695-LMI (JOINTLY ADMINISTERED) |
| | JUDGE LAUREL M. ISICOFF |
| REORGANIZED DEBTORS. | CHAPTER 11 |

## DEBTOR CINEMEX USA REAL ESTATE HOLDINGS, INC.'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD
### FROM December 1, 2020 TO December 31, 2020

Comes now the above-named reorganized debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: March 22, 2021

/s/ Patricia B. Tomasco
Attorney for Reorganized Debtor

Reorganized Debtor's Address
and Phone Number:
Cinemex USA Real Estate Holdings, Inc.
175 South West 7th Street, Suite 1108
Miami, Florida 33130
Telephone: (305) 928-5857

Attorney's Address
and Phone Number:
Patricia B. Tomasco (admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 221-7000
and
Jeffrey P. Bast (FBN 996343)
BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: (305) 379-7904

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

{00658752.XLSX 2}

MONTHLY OPERATING REPORT -                    ATTACHMENT NO. 1
POST CONFIRMATION

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | No |
| 2. Are any post-confirmation sales or payroll taxes past due? | | No |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | No |
| 4. Is the Debtor current on all post-confirmation plan payments? | Yes | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | Yes | |
| 2. Are all premium payments current? | Yes | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Liability Coverages,ALLIED WORLD SPECIALTY INSURANCE COMPANY | Dec 18th, 2021 | | |
| Cyber, Privacy and Media,CFC Under Writing | Dec 8th, 2021 | | |
| Workplace Violence, active shooter,AXA XL | March 1st, 2021 | | |
| Building &Personal/ Terrorism,Westchester Surplus Line | March 1st, 2021 | | |
| Building &Personal/ Terrorism,Endurance American Specialty | March 1st, 2021 | | |
| Building &Personal Property,General Security Indemnity Company of Arizona | March 1st, 2021 | | |
| Building &Personal Property,Crum & Forster Specialty | March 1st, 2021 | | |
| Building &Personal Property,Western World Insurance | March 1st, 2021 | | |
| Building &Personal/ Terrorism,Everest Indemnity Insurance | March 1st, 2021 | | |
| Building &Personal/ Terrorism,Colony Insurance Company | March 1st, 2021 | | |
| Building &Personal Property,Princeton Excess&Surplus Line | March 1st, 2021 | | |
| Building&Personal Property,General Security Indemnity Company of Arizona | March 1st, 2021 | | |
| Building&Personal Property,HDI Global Specialty SE | March 1st, 2021 | | |
| Building&Personal Property,Starstone Specialty | March 1st, 2021 | | |
| Building &Personal/ Terrorism,Homeland Insurance Company of New York | March 1st, 2021 | | |
| General Liability,USI Insurance Svcs National Inc. | March 1st ,2021 | | |
| Workers' Compensation,USI Insurance Svcs National Inc. | March 1st ,2021 | | |
| Terrorism,USI Insurance Svcs National Inc. | March 1st , 2021 | | |
| Umbrella (First Layer),USI Insurance Svcs National Inc. | March 1st , 2021 | | |
| Umbrella (Second Layer),USI Insurance Svcs National Inc. | March 1st , 2021 | | |
| Umbrella (3rd Layer),USI Insurance Svcs National Inc. | March 1st , 2021 | | |
| Pollution Liability,USI Insurance Svcs National Inc. | Aug 22nd 2021 | | |
| Voluntary Critical Illness,UNUM | October 1st, 2021 | | |
| Flood,USI Insurance Svcs National Inc. | March 2nd 2021 | | |
| Hospitalization Only,UNUM | October 1st, 2021 | | |
| Medical PPO,UnitedHealthcare Insurance Company | October 1st, 2021 | | |
| Managed Dental,Safeguard Insurance Company | October 1st, 2021 | | |
| Dental PPO,Metropolitan Life Insurance Company | October 1st, 2021 | | |
| Vision,Metropolitan Life Insurance Company | October 1st, 2021 | | |
| Life and AD&D,Unum Life Insurance Company of America | October 1st, 2021 | | |
| New York DBL,UNUM | October 1st, 2021 | | |
| Long Term Disability (LTD),Unum Life Insurance Company of America | October 1st, 2021 | | |
| Voluntary Life and AD&D,Unum Life Insurance Company of America | October 1st, 2021 | | |
| Short Term Disability (STD),Unum Life Insurance Company of America | October 1st, 2021 | | |
| Accident,UNUM | October 1st, 2021 | | |
| COBRA Administration,Boon-Chapman (TPA) | October 1st, 2021 | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___3___ day of ___March___ 20_21_.

_____
Debtor's Signature

{00658752.XLSX 2}

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** In re Cinemex USA Real Estate Holdings, Inc.
**Case Number:** 20-14695-LMI (Jointly Administered)
**Date of Plan Confirmation:** November 25, 2020

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|    |    | Quarterly | Post Confirmation Total |
|----|----|----------:|------------------------:|
| 1. | **CASH (Beginning of Period)** | $ 853.05 | 853.05 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 6,000.00 | $ 6,000.00 |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

   |      |                               | Quarterly | Post Confirmation Total |
   |------|-------------------------------|----------:|------------------------:|
   | (i)  | U.S. Trustee Quarterly Fees   | $ N/A | $ N/A |
   | (ii) | Federal Taxes                 | N/A | N/A |
   | (iii)| State Taxes                   | N/A | N/A |
   | (iv) | Other Taxes                   | N/A | N/A |

   b. **All Other Operating Expenses:**     $ 3,311.67     $ 3,311.67

   c. **Plan Payments:**

   |      |                        | Quarterly | Post Confirmation Total |
   |------|------------------------|----------:|------------------------:|
   | (i)  | Administrative Claims  | $ N/A | $ N/A |
   | (ii) | Class One              | N/A | N/A |
   | (iii)| Class Two              | N/A | N/A |
   | (iv) | Class Three            | N/A | N/A |
   | (v)  | Class Four             | N/A | N/A |

   (Attach additional pages as needed)

   **Total Disbursements (Operating & Plan)**     $ 3,311.67     $ 3,311.67

1. **CASH (End of Period)**     $ 3,541.38     $ 3,541.38

{00658752.XLSX 2}

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | BBVA | | | |
| **Account Number:** | xxxxxxx6196 | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Checking | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| 1. **Balance per Bank Statement** | $ 3,541.38 | | | |
| 2. **ADD**: Deposits not credited | $ - | | | |
| 3. **SUBTRACT**: Outstanding Checks | $ - | | | |
| 4. Other Reconciling Items | $ - | | | |
| 5. **Month End Balance** (Must Agree with Books) | $ 3,541.38 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**  **ATTACHMENT NO. 4**

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | BBVA |
|---|---|
| Account Number | xxxxxxx6196 |
| Purpose of Account (Operating/Payroll/Per | Checking |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Debit | 12/15/2020 | BBVA | Bank Fee | $ 3,311.67 |
| | | | | |
| | | | **SUBTOTAL** | **$ 3,311.67** |
| | | | (Less internal/intercompany transfers) | $ - |
| | | | **TOTAL** | **$ 3,311.67** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

{00658752.XLSX 2}



21  CINEMEX USA REAL ESTATE HOLDINGS
    DEBTOR IN POSSESSION
    175 SW 7TH STREEET STE 1108
    MIAMI FL 33130

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvausa.com

Write  BBVA
       Customer Service
       P.O. Box 10566
       Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▇▇▇6196 | $853.05 | $3,541.38 |
| **Total Deposit Accounts** |  | **$853.05** | **$3,541.38** |


# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████6196 - CINEMEX USA REAL ESTATE HOLDINGS

## Activity Summary

| | |
|---|---|
| Beginning Balance on 12/1/20 | $853 05 |
| Deposits/Credits (1) | + $6,000 00 |
| Withdrawals/Debits (1) | - $3,311 67 |
| **Ending Balance on 12/31/20** | **$3,541.38** |

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 12/14 | | NETCASH ACCOUNT TRANSFER FROM ████5738 TRANSFER 18 | $6,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle
* The Date provided is the business day that the transaction is processed

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 12/15 | | NOV ANALYSIS SERVICE CHARGE | $3,311.67 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle
* The Date provided is the business day that the transaction is processed

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/14 | $6,853.05 | 12/15 | $3,541.38 | | |



## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement |  |  |
| • Add total from Step 3 |  |  |
| • Subtotal |  |  |
| • Subtract total from Step 4 |  |  |
| • This balance should equal your register balance |  |  |
| If it does not agree, see steps below | $ |  |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register
· Amounts of deposits and withdrawals on this statement should match your register entries
· If you have questions or need assistance, please refer to the phone number on the front of this statement

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P O Box 10566, Birmingham, AL 35296 Or simply call your local customer service number printed on the front of this statement Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared

- Tell us your name and account number (if any)
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate" Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits This gives us the daily balance Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate" Payments Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted Otherwise, they will be posted on the next business day Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays BBVA business days are Monday through Friday, excluding holidays

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P O Box 2210, Decatur, AL 35699-0001 Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative Please note: a telephone inquiry will not preserve your rights under federal law We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared

· Tell us your name and account number (if any)
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information
· Tell us the dollar amount of the suspected error

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur

**Reporting Other Problems**
Please review your statement carefully It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group
BBVA USA, Member FDIC

| | |
|---|---|
| **Bank ID:** CMX RE HOLDINGS | **Account Number:** ▇6196 |
| **Reconcile Date:** 1/6/2021 | **Routing Number:** 113010547 |
| **Balance Date:** 12/31/2020 | |
| **GL Account Numbers** 900-1000-00 | **Reconcile Accounts:** |

| | |
|---|---|
| **Bank Closing Balance (as of 12/31/2020):** | $3,541.38 |
| Total Outstanding Bank Deposits ( 0 ): | $0.00 |
| Total Outstanding Bank Checks ( 2 ): | ($17,276.70) |
| **Adjusted Closing Bank Balance (as of 12/31/2020):** | $20,818.08 |
| | |
| **General Ledger Balance (as of 12/31/2020):** | $3,541.38 |
| Total Outstanding GL Deposits ( 0 ): | $0.00 |
| Total Outstanding GL Checks ( 0 ): | $0.00 |
| **Adjusted General Ledger Balance (as of 12/31/2020):** | $3,541.38 |
| | |
| **Difference** | $17,276.70 |
| | |
| **Starting Monthly Balance (as of 12/1/2020):** | $853.05 |
| Total Outstanding Monthly Deposits ( 1 ): | $6,000.00 |
| Total Outstanding Monthly Checks ( 1 ): | ($3,311.67) |
| **Adjusted Ending Monthly Balance (as of 12/31/2020):** | $3,541.38 |

**Outstanding Bank Transactions         ( 2 )**

| Date: | 1/11/2021 | **Cinemex USA Real Estate Holdings Inc.** | Page No: | 2 |
| Case 20-14695-LMI Doc 1044 Filed 03/23/21 Page 10 of 10 |
| Time: | 3:19:15 PM | **Closing Balance Report** | User ID: | Raul |

**Outstanding Checks**

| Date | Reference | Document Number | Amount |
|---|---|---|---|
| 6/15/2020 | MAY ANALYSIS SERVICE CHARGE | 0 | ($15,769.07) |
| 6/15/2020 | MAY ANALYSIS SERVICE CHARGE | 0 | ($1,507.63) |
| | | Total: | ($17,276.70) |

**Outstanding GL Transactions ( 0)**

**Account Number:**

**Outstanding Checks**

| Date | Reference | Document Number | Amount |
|---|---|---|---|
| 0/0/0000 | No Unrec. GL Trx | | $0.00 |
| | | Total: | $0.00 |
| | | Account Total: | $0.00 |
| | | Bank Total: | ($17,276.70) |