

ORDERED in the Southern District of Florida on August 13, 2021.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

**ORDER GRANTING THE REORGANIZED DEBTOR'S SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS (ASSUMED/CURED CLAIMS)**

This matter having been considered without hearing upon the Reorganized Debtor's Second Omnibus Objection to Certain Claims (Assumed/Cured Claims) (ECF No. 185) (the "Objection") to the Assumed Claims listed on Exhibit A attached hereto, and the objector by

submitting this form of order having represented that the Objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the Objection, and that the relief to be granted in this Order is the identical relief as requested in the Objection, and this Court having considered the bases for the Objection to the Claim, it is

ORDERED that the Reorganized Debtor's Objection to the Assumed/Cured Claims is sustained as set forth herein:

1. The Assumed/Cured Claims listed on Exhibit A attached to this Order are disallowed in their entirety;

2. The Clerk of the Court and Cinemex's claims agent are authorized and directed to update the claim register maintained in these chapter 11 cases to reflect the relief granted in the Order;

3. The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection; and

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### 

Submitted By:

Jeffrey P. Bast
Bast Amron LLP
One Southwest Third Avenue
Suite 1400
Miami, Florida 33131
Telephone: 305-379-7904
Email: jbast@bastamron.com

-and-

Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7100
Email: pattytomasco@quinnemanuel.com

<u>Copies to:</u>

*Attorney Patty Tomasco, who shall serve a copy of this order on all interested parties and file a certificate of service reflecting same.*

**Exhibit A to the Order**
**Assumed/Cured Claims**

| | Claimant | Claim No. | Date Filed | Debtor Name | Claim Amount | Cure Amount: | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 1. | Brickell City Centre Retail LLC, c/o Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204 | 54 | 07/01/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $753,185.72 Administrative: $482,295.42 General Unsecured: $270,890.30 | $161,654.00 | The cure amount has been satisfied. |
| 2. | Brickell City Centre Retail LLC, c/o Simon Property Group, 225 West Washington Street, Indianapolis, IN 46204 | 17 | 06/26/2020 | Cinemex Holdings USA, Inc., 20-14696 | Total: $602,468.40 Administrative: $331,578.10 General Unsecured: $270,890.30 | Duplicate claim | The cure amount has been satisfied. |
| 3. | CRP/TRC Leesburg Retail Owner, L.L.C., c/o Laurence H. Berbert & Catherine Harrington, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, MD 20814 | 24 | 07/02/2020 | Cinemex Holdings USA, Inc., 20-14696 | Total: $695,098.60 Administrative: $550,286.39 General Unsecured: $144,812.21 | $0.00 | The cure amount has been satisfied. |
| 4. | CRP/TRC Leesburg Retail Owner, L.L.C., c/o Laurence H. Berbert & Catherine Harrington, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, MD 20814 | 32 | 07/02/2020 | CB Theater Experience LLC, 20-14699 | Total: $695,098.60 Administrative: $550,286.39 General Unsecured: $144,812.21 | Duplicate claim | The cure amount has been satisfied. |
| 5. | Excel Gardens LLC, William McDonald, Real Estate Counsel, Shopcore Properties, L.P., 01920 Via Frontera, Suite 220, San Diego, CA 92127, and Kelley Drye & Warren LLP, Attn: Robert L. LeHane, 101 Park Avenue, New York, NY 10178 | 74 | 07/03/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $620,518.94 Administrative: $594,262.92 General Unsecured: $26,256.02 | $0.00 | The cure amount has been satisfied. |
| 6. | Park Square 5, LLC, Dustin P. Branch, Esq., Ballard Spahr LLC, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909 | 86 | 07/06/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $582,574.32 Administrative: $463,051.04 General Unsecured: $119,523.28 | $0.00 | The cure amount has been satisfied. |
| 7. | TM Wellington Green Mall, L.P., Dustin P. Branch, Esq., Ballard Spahr LLP, 2029 Century | 88 | 07/06/2020 | Cinemex USA Real Estate Holdings, | Total: $456,831.48 Administrative: $346,262.99 | $671,221.00 | The cure amount has been satisfied. |

| Claimant | Claim No. | Date Filed | Debtor Name | Claim Amount | Cure Amount: | Basis for Objection |
|---|---|---|---|---|---|---|
| Park East, Suite 800, Los Angeles, CA 90067-2909 | | | Inc., 20-14695 | General Unsecured: $110,568.49 | | |