

**ORDERED in the Southern District of Florida on August 13, 2021.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CINEMEX HOLDINGS USA, INC., | Case No. 20-14696-LMI |
| Reorganized Debtor. | (Formerly Jointly Administered Under Lead Case: Cinemex USA Real Estate Holdings, Inc., Case No. 20-14695-LMI) |
| _____/ | |

### ORDER GRANTING THE REORGANIZED DEBTOR'S FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (SATISFIED CLAIMS)

This matter having been considered without hearing upon the Reorganized Debtor's First Omnibus Objection to Certain Claims (Satisfied Claims) (ECF No. 184) (the "Objection") to the Satisfied Claims listed on Exhibit A attached hereto, and the objector by submitting this form of

order having represented that the Objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the Objection, and that the relief to be granted in this Order is the identical relief as requested in the Objection, and this Court having considered the bases for the Objection to the Claim, it is

ORDERED that the Reorganized Debtor's Objection to the Satisfied Claims is sustained as set forth herein:

1. The Satisfied Claims listed on Exhibit A attached to this Order are disallowed;

2. The Clerk of the Court and Cinemex's claims agent are authorized and directed to update the claim register maintained in these chapter 11 cases to reflect the relief granted in the Order;

3. The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection; and

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

Submitted By:

Jeffrey P. Bast
Bast Amron LLP
One Southwest Third Avenue
Suite 1400
Miami, Florida 33131
Telephone: 305-379-7904
Email: jbast@bastamron.com

-and-

Patricia B. Tomasco
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7100
Email: pattytomasco@quinnemanuel.com

Copies to:

*Attorney Patty Tomasco, who shall serve a copy of this order on all interested parties and file a certificate of service reflecting same.*

**Exhibit A to the Order**
**Satisfied Claims**

|  | Claimant | Claim No. | Date Filed | Debtor Name | Claim Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 1. | Miami-Dade County Tax Collector<br>c/o Bankruptcy Unit<br>200 N.W. 2nd Avenue, Suite 430<br>Miami, Florida 33128 | 1 | 05/06/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $305,794.50<br>Secured: $305,794.50<br>General Unsecured: $0.00 | All secured amounts have been satisfied. |
| 2. | New York State Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | 1 | 05/13/2020 | CB Theater Experience LLC, 20-14699 | Total: $387.85<br>Priority: $114.32<br>General Unsecured: $273.58 | All non-general unsecured amounts have been satisfied. The General Unsecured portion is unaffected. |
| 3. | Colorado Department of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO 80261-0004 | 5 | 05/29/2020 | CB Theater Experience LLC, 20-14699 | Total: $1095.50<br>Priority: $1095.50<br>General Unsecured: $0.00 | All non-general unsecured amounts have been satisfied. |
| 4. | Doris Maloy, Leon County Tax Collector<br>Attn: Tia Stanley<br>P.O. Box 1835<br>Tallahassee, FL 32302-1835 | 22 | 06/15/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $134,188.52<br>Secured: $134,188.52<br>General Unsecured: $0.00 | All secured amounts have been satisfied. |
| 5. | State of Minnesota, Department of Revenue<br>Minnesota Revenue<br>PO Box 64447 - BKY<br>St Paul MN 55164-0447 | 28 | 06/22/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $6043.80<br>Priority: $5,214.58<br>General Unsecured: $829.22 | All non-general unsecured amounts have been satisfied. The General Unsecured portion is unaffected. |
| 6. | Baldwin EMC<br>4317-A Midmost Dr.<br>Mobile, AL 36609 | 48 | 07/06/2020 | CB Theater Experience LLC, 20-14699 | Total: $20,099.00<br>Secured: $20,099.00<br>General Unsecured: $0.00 | All secured amounts have been satisfied. |
| 7. | Illinois Department of Revenue<br>Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 19035 | 50 | 07/08/2020 | CB Theater Experience LLC, 20-14699 | Total: $25,732.59<br>Priority: $25,228.75<br>General Unsecured: $503.84 | All non-general unsecured amounts have been satisfied. The General Unsecured portion is unaffected. |

09923-00001/12809402.2

|   | Claimant | Claim No. | Date Filed | Debtor Name | Claim Amount | Basis for Objection |
|---|---|---|---|---|---|---|
|   | Springfield, IL 62794-9035 |   |   |   |   |   |
| 8. | Ohio Department of Taxation Bankruptcy Division P.O. Box 530 Columbus, OH 43216 | 56 | 7/31/2020 | CB Theater Experience LLC, 20-14699 | Total: $425.45 Priority: $207.05 General Unsecured: $218.40 | All non-general unsecured amounts have been satisfied. The General Unsecured portion is unaffected. |
| 9. | Wake County Tax Administration P O Box 2331 Raleigh, NC 27602 | 61 | 08/06/2020 | CB Theater Experience LLC, 20-14699 | Total: $11,053.54 Priority: $11,053.54 General Unsecured: $0.00 | All non-general unsecured amounts have been satisfied. |
| 10 | Florida Power & Light Company 4200 W. Flagler St. Coral Gables, FL 33134 | 66 | 09/15/2020 | CB Theater Experience LLC, 20-14699 | Total: $26,580.79 Priority: $26,580.79 General Unsecured: $0.00 | All non-general unsecured amounts have been satisfied. |
| 11. | City of Winter Haven Water Garbage P.O. Box 2277 Winter Haven, FL 33883-2277 | 118 | 08/08/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $4,474.76 Secured: $4,474.76 General Unsecured: $0.00 | All secured amounts have been satisfied. |
| 12. | Teddy J. Faust, Jr. (Baldwin County Revenue Commission) P O Box 1549 Bay Minette, AL 36507 | 135 | 09/23/2020 | Cinemex USA Real Estate Holdings, Inc., 20-14695 | Total: $3,932.94 Secured: $3,932.94 General Unsecured: $0.00 | All secured amounts have been satisfied. |